**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| In Re: | Case No. 19-22782-CMB |
|---|---|
| **David R. Dunlap** | **Chapter 13** |
| **Debtor** | **Doc. No.** |
| **David R. Dunlap** | |
| **Movant** | **Response Date: August 22, 2019** |
| **Vs.** | **Hearing Date: September 11, 2019** |
| **Cavalry SPV I, LLC As Assignee** | **At 11:00 a.m.** |
| **Of Citibank, N.A.** | |
| **Respondent** | |

**CERTIFICATION OF NO OBJECTION ON
DEBTOR'S MOTION TO AVOID JUDICIAL LIEN**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **August 5, 2019** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **August 22, 2019.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

**Executed on: August 23, 2019**

**/s/Bryan P. Keenan**
**Bryan  P. Keenan, PA ID No. 89053**
**Bryan  P. Keenan  & Associates P.C.**
**Attorney for Debtor**
**993 Greentree Road, Suite 101**
**Pittsburgh, PA 15220**
**(412) 922-5116**
**keenan662@gmail.com**