IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | Case No. 19-22782-CMB |
|---|---|
| David R. Dunlap | Chapter 13 |
| Debtor | Doc. No. |
| David R. Dunlap | |
| Movant | Response Date: August 22, 2019 |
| Vs. | Hearing Date: September 11, 2019 |
| Cavalry SPV I, LLC As Assignee | At 11:00 a.m. |
| Of Citibank, N.A. | re doc. no. 18 |
| Respondent | |

**ENTERED BY DEFAULT**
ORDER ON MOTION FOR
AVOIDANCE OF LIEN

AND NOW, **to-wit**, this ___26th___ day of ___August___, 2019 on motion of the Debtors, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Judicial Lien of the Respondent, Cavalry SPV I, LLC As Assignee of Citibank, N.A. docketed at AR-19-002009 in the Court of Common Pleas of Allegheny County on June 7, 2019 in the face amount of $3,314.91 is hereby avoided pursuant to 11 U.S.C. 522(f)(1) as a lien on the debtor's real estate located at 10 N. Grandview Avenue, Pittsburgh, PA 15205, block and lot, 069-R-0301.

**IT IS FURTHER ORDERED** that upon successful completion of the Chapter 13 Plan and receipt of a discharge in the Chapter 13 Case the debtor may record this Order with the Prothonotary of Allegheny County to evidence the fact the judgment of the Respondent has been discharged.

**IT IS FURTHER ORDERED** that the relief granted shall remain in effect even if the case is converted to a case under chapter 7.

Carlota M. Böhm   dmk
Chief United States Bankruptcy Court Judge

FILED
8/26/19 10:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                          Case No. 19-22782-CMB
David R. Dunlap                                                 Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: dsaw              Page 1 of 1          Date Rcvd: Aug 26, 2019
                              Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2019.
db             +David R. Dunlap,    10 N. Grandview Avenue,    Pittsburgh, PA 15205-4428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2019 at the address(es) listed below:
           Bryan P. Keenan    on behalf of Debtor David R. Dunlap keenan662@gmail.com, melindap662@gmail.com
           James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
           Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
            jbluemle@bernsteinlaw.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```