# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | Case No. 19-22782-CMB |
|---|---|
| **David R. Dunlap** | **Chapter 13** |
|     Debtor | Doc. No. |
| **David R. Dunlap** | |
|     Movant | |
| Vs. | |
| **Cavalry SPV I, LLC As Assignee Of Citibank, N.A.** | |
|     Respondent | |

### CERTIFICATE OF SERVICE OF ORDER ON
### DEBTOR'S MOTION TO AVOID LIEN

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on: **September 3, 2019**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** --
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**

**3.) Service by Certified Mail--**
a. **Cavalry SPV I, LLC As Assignee Of Citibank, N.A., c/o Timothy Stapleford, CEO, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595, 1340**

Executed on: **September 3, 2019**        /s/ Bryan P. Keenan
                                          **Bryan P. Keenan, PA ID No. 89053**
                                          **Bryan P. Keenan & Associates P.C.**
                                          **Attorney for Debtor**
                                          **993 Greentree Road, Suite 101**
                                          **Pittsburgh, PA 15220**
                                          **(412) 922-5116**
                                          **keenan662@gmail.com**