# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | Bankruptcy No. 19-22782-CMB |
| **David R. Dunlap** | ) | Chapter 13 |
| | ) | Doc No. |
| **Debtor** | ) | |
| | ) | Concil: 1/30/19 @ 10:00 a.m. |

### Certificates of Service Of
### Amended Chapter 13 Plan dated December 2, 2019 and
### Hearing Order

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on: December 4, 2019

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com
c. **Duquesne Light Company** Keri P. Ebeck on behalf of Creditor
kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
d. Jeffrey R. Hunt on behalf of Creditor **Boro of Crafton** /Carlynton School District
jhunt@grblaw.com, cnoroski@grblaw.com
e. James Warmbrodt on behalf of Creditor Ditech Financial LLC
bkgroup@kmllawgroup.com

**2.) Service by First Class Mail--**
a. all parties on the attached mailing matrix

| | |
|---|---|
| Executed on: **December 4, 2019** | **/s/ Bryan P. Keenan** |
| | Bryan P. Keenan, PA ID No. 89053 |
| | Bryan P. Keenan & Associates P.C. |
| | Attorney for Debtor |
| | 993 Greentree Road, Suite 101 |
| | Pittsburgh, PA 15220 |
| | (412) 922-5116 |
| | keenan662@gmail.com |