Form 235

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

39 – 31

In re: : Bankruptcy Case No.: 19−22782−CMB
:
: Chapter: 13
: Issued per the January 30, 2020 Proceeding

**David R. Dunlap**
  Debtor(s)

ORDER OF COURT CONFIRMING PLAN
AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.)*   *PLAN CONFIRMATION:*

   IT IS HEREBY ORDERED that the Plan dated 12/2/2019 is CONFIRMED. A copy of this plan was previously mailed to you.

*(2.)*   *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   *IT IS FURTHER ORDERED THAT:*

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Dated: January 31, 2020
cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-22782-CMB
David R. Dunlap                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 2              Date Rcvd: Jan 31, 2020
                              Form ID: 235            Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2020.
```
db           +David R. Dunlap,    10 N. Grandview Avenue,    Pittsburgh, PA 15205-4428
cr           +Borough of Crafton,    Goehring, Rutter and Boehm,    437 Grant Street, 14th Floor,
               Frick Building,    Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
cr           +Carlynton School District,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
               Frick Building,    Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
15086260     +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
15086261     +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
15121057     +Borough of Crafton,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
15121054     +Carlynton School District,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
15086264      Charles H. Sakai, DMD,    1913 Crafton Blvd,    Pittsburgh, PA 15205-4404
15125181     +Ditech Financial LLC,    P.O. Box 12740,    Tempe, AZ 85284-0046
15086267     +Diversified Consultants, Inc.,    Attn: Bankruptcy,    Po Box 679543,    Dallas, TX 75267-9543
15089081    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:  FORD MOTOR CREDIT COMPANY LLC,    PO BOX 62180,
               COLORADO SPRINGS, CO 80962-2180)
15086268     +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
15086269     +FirstSource Advantage, LLC,    Re: Capitial One,    205 Bryant Woods South,
               Buffalo, NY 14228-3609
15086270     +FordCredit,    National Bankruptcy Center,    Po Box 6275,    Dearborn, MI 48121-6275
15086271     +Fortiva,    Attn: Bankruptcy,    Po Box 105555,    Atlanta, GA 30348-5555
15086272    ++GC SERVICES LIMITED PARTNERSHIP,    6330 GULFTON,    HOUSTON TX 77081-1198
               (address filed with court: GC Services Limited Partnership,    Re: Sprint,    6330 Gulfton,
               Houston, TX 77081)
15086276     +LTD Financial Services LP,    Re: Distressed Asset Portfolio III, LLC,    3200 Wilcrest Suite 600,
               Houston, TX 77042-6000
15086281     +MRS,    Re: Synchrony Bank/Care Credit,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
15086278     +Management Services. Inc.,    Re: Barclays Bank Delaware,    PO Box 1099,
               Langhorne, PA 19047-6099
15086279     +Medical Rescue Team South Authority,    P.O. Box 18210,    Pittsburgh, PA 15236-0210
15184839      New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
15086283     +Parkway Clinical Laboratories,    3494 Progress Drive,    STE D,    Bensalem, PA 19020-5815
15086284     +Rennerdale EMS,    30 Suburban Ave,    Carnegie, PA 15106-1489
15086285     +Roseanne Dunlap,    10 N. Grandview Avenue,    Pittsburgh, PA 15205-4428
15086287      Saint Clair Medical Services,    PO Box 1870,    Cary, NC 27512-1870
15086288     +Sprint,    PO Box 1466,    Houston, TX 77251-1466
15105857     +The Bank of Missouri,    PO Box 105555,    Atlanta, GA 30348-5555
15086291     +Transworld Systems,    Re: Medical Rescue Team South Authority,    300 Cedar Ridge Dr.,
               Suite 307,    Pittsburgh, PA 15205-1159
15086292      Unifund CCR LLC,    10625 Techwood Circle,    Cincinnati, OH 45242-2846
15086293      Van RU Credit Corporation,    Re: Fortiva Financial,    Dept 96037,    Oaks, PA 19456
15086294     +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2020 04:11:46
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15086262     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 01 2020 04:12:47     Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15091388      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 01 2020 04:11:42
               Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
15109143     +E-mail/Text: bankruptcy@cavps.com Feb 01 2020 04:07:36     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15086263     +E-mail/Text: bankruptcy@cavps.com Feb 01 2020 04:07:36
               Cavalry SPV I, LLC Assignee of Citibank,    c/o Andrew Zaro President/CEO,
               500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2321
15086265      E-mail/Text: mediamanagers@clientservices.com Feb 01 2020 04:05:45     Client Services, Inc,
               Re:  Synchrony Bank Walmart MC,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-4047
15086266      E-mail/Text: bankruptcy.bnc@ditech.com Feb 01 2020 04:06:08     Ditech Financial LLC,
               PO Box 6172,    Rapid City, SD 57709-6172
15122833     +E-mail/Text: kburkley@bernsteinlaw.com Feb 01 2020 04:08:07     Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
15086273     +E-mail/Text: bankruptcies@halstedfinancial.com Feb 01 2020 04:08:20
               Halsted Financial Services, LLC,    Re: LVNV Funding LLC,    PO Box 828,    Skokie, IL 60076-0828
15086274     +E-mail/Text: key_bankruptcy_ebnc@keybank.com Feb 01 2020 04:07:26     KeyBank,
               Attn: Bankruptcy,    Oh-01-51-0622)    4910 Tiedeman Rd,    Brooklyn, OH 44144-2338
15086275     +E-mail/Text: key_bankruptcy_ebnc@keybank.com Feb 01 2020 04:07:26     Keybank, Na,
               4910 Tiedman Road,    Brooklyn, OH 44144-2338
15089718      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 01 2020 04:11:03     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0315-2           User: dsaw                  Page 2 of 2                   Date Rcvd: Jan 31, 2020
                               Form ID: 235                Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15086277       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 01 2020 04:11:57
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,   Re: Credit One Bank N.A.,   Po Box 10497,
                 Greenville, SC 29603-0497
15097331        E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 01 2020 04:11:28       MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
15086280       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 01 2020 04:10:35
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
15086282       +E-mail/PDF: cbp@onemainfinancial.com Feb 01 2020 04:12:25       OneMain Financial,
                 Attn: Bankruptcy,    601 Nw 2nd St #300,    Evansville, IN 47708-1013
15100041       +E-mail/PDF: cbp@onemainfinancial.com Feb 01 2020 04:12:25       Onemain,    PO Box 3251,
                 Evansville, IN 47731-3251
15124873        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2020 04:11:48
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15109198       +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 01 2020 04:07:28       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
15093143        E-mail/Text: appebnmailbox@sprint.com Feb 01 2020 04:07:00       Sprint Corp,
                 Attention Bankruptcy,    PO Box 7949,    Overland Park,    KS,   66207 - 0949
15086286        E-mail/Text: PFS.Analyst@stclair.org Feb 01 2020 04:07:59       Saint Clair Hospital,
                 1000 Bower Hill Road,    Pittsburgh, PA 15243-1899
15086724       +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2020 04:10:36       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15123987       +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2020 04:10:34       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
15086289       +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2020 04:11:28       Synchrony Bank/Care Credit,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
15086290       +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2020 04:11:26       Synchrony Bank/Walmart,
                 Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
cr              New Residential Mortgage LLC
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
15100827*      +OneMain,    PO Box 3251,    Evansville, IN 47731-3251
                                                                                 TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2020 at the address(es) listed below:
              Bryan P. Keenan    on behalf of Debtor David R. Dunlap keenan662@gmail.com, melindap662@gmail.com
              James  Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Crafton jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Carlynton School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```