# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** DAVID R. DUNLAP
- **Case Number:** 19-22782-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 25, 2020 02:00 PM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#42 Amended Plan dated 4/14/2020 (FC)
R / M #: 42 / 0

**Appearances:**

- Debtor: Keenan
- Trustee: Winnecour / Pail / Katz / (DeSimone)
- Creditor:

PLEASE SUBMIT CONFIRMATION ORDER

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

FILED
6/30/20 8:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

6/17/2020  11:15:26AM