**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**David R. Dunlap**
   Debtor(s)

Bankruptcy Case No.: 19−22782−CMB

Chapter: 13
Docket No.: 51 − 50
Concil. Conf.: January 21, 2021 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **December 24, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **January 8, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 21, 2021** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 9, 2020

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22782-CMB |
| David R. Dunlap | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 3 |
| Date Rcvd: Nov 09, 2020 | Form ID: 410 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David R. Dunlap, 10 N. Grandview Avenue, Pittsburgh, PA 15205-4428 |
| cr | + | Borough of Crafton, Goehring, Rutter and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Carlynton School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Dultuh, GA 30097-8461 |
| 15086260 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15086261 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15121057 | + | Borough of Crafton, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15121054 | + | Carlynton School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15086264 | | Charles H. Sakai, DMD, 1913 Crafton Blvd, Pittsburgh, PA 15205-4404 |
| 15125181 | # | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 15086267 | + | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 679543, Dallas, TX 75267-9543 |
| 15089081 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, FORD MOTOR CREDIT COMPANY LLC, PO BOX 62180, COLORADO SPRINGS, CO 80962-2180 |
| 15086268 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15086269 | + | FirstSource Advantage, LLC, Re: Capitial One, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 15086270 | + | FordCredit, National Bankruptcy Center, Po Box 6275, Dearborn, MI 48121-6275 |
| 15086271 | + | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15086273 | + | Halsted Financial Services, LLC, Re: LVNV Funding LLC, PO Box 828, Skokie, IL 60076-0828 |
| 15086276 | + | LTD Financial Services LP, Re: Distressed Asset Portfolio III, LLC, 3200 Wilcrest Suite 600, Houston, TX 77042-6000 |
| 15086281 | + | MRS, Re: Synchrony Bank/Care Credit, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 15086278 | + | Management Services. Inc., Re: Barclays Bank Delaware, PO Box 1099, Langhorne, PA 19047-6099 |
| 15086279 | + | Medical Rescue Team South Authority, P.O. Box 18210, Pittsburgh, PA 15236-0210 |
| 15184839 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15086283 | + | Parkway Clinical Laboratories, 3494 Progress Drive, STE D, Bensalem, PA 19020-5815 |
| 15086284 | + | Rennerdale EMS, 30 Suburban Ave, Carnegie, PA 15106-1489 |
| 15086285 | + | Roseanne Dunlap, 10 N. Grandview Avenue, Pittsburgh, PA 15205-4428 |
| 15086287 | | Saint Clair Medical Services, PO Box 1870, Cary, NC 27512-1870 |
| 15086288 | + | Sprint, PO Box 1466, Houston, TX 77251-1466 |
| 15105857 | + | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15086291 | + | Transworld Systems, Re: Medical Rescue Team South Authority, 300 Cedar Ridge Dr., Suite 307, Pittsburgh, PA 15205-1159 |
| 15086292 | | Unifund CCR LLC, 10625 Techwood Circle, Cincinnati, OH 45242-2846 |
| 15086293 | | Van RU Credit Corporation, Re: Fortiva Financial, Dept 96037, Oaks, PA 19456 |
| 15086294 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Nov 10 2020 02:15:57 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15086262 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com<br>Nov 10 2020 02:18:14 | | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15091388 | Email/PDF: AIS.cocard.ebn@americaninfosource.com<br>Nov 10 2020 02:15:55 | | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15109143 | + Email/Text: bankruptcy@cavps.com<br>Nov 10 2020 00:59:00 | | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15086263 | + Email/Text: bankruptcy@cavps.com<br>Nov 10 2020 00:59:00 | | Cavalry SPV I, LLC Assignee of Citibank, c/o Andrew Zaro President/CEO, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15086265 | Email/Text: mediamanagers@clientservices.com<br>Nov 10 2020 00:57:00 | | Client Services, Inc, Re: Synchrony Bank Walmart MC, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-4047 |
| 15122833 | + Email/Text: kburkley@bernsteinlaw.com<br>Nov 10 2020 00:59:00 | | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15086272 | Email/Text: GCSBankruptcy@gcserv.com<br>Nov 10 2020 00:57:00 | | GC Services Limited Partnership, Re: Sprint, 6330 Gulfton, Houston, TX 77081 |
| 15086274 | + Email/Text: key_bankruptcy_ebnc@keybank.com<br>Nov 10 2020 00:59:00 | | KeyBank, Attn: Bankruptcy, Oh-01-51-0622) 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 15086275 | + Email/Text: key_bankruptcy_ebnc@keybank.com<br>Nov 10 2020 00:59:00 | | Keybank, Na, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 15089718 | Email/PDF: resurgentbknotifications@resurgent.com<br>Nov 10 2020 02:18:18 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15086277 | + Email/PDF: resurgentbknotifications@resurgent.com<br>Nov 10 2020 02:17:11 | | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Re: Credit One Bank N.A., Po Box 10497, Greenville, SC 29603-0497 |
| 15097331 | Email/PDF: MerrickBKNotifications@Resurgent.com<br>Nov 10 2020 02:18:10 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15086280 | + Email/PDF: MerrickBKNotifications@Resurgent.com<br>Nov 10 2020 02:18:11 | | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15086282 | + Email/PDF: cbp@onemainfinancial.com<br>Nov 10 2020 02:17:03 | | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 15100041 | + Email/PDF: cbp@onemainfinancial.com<br>Nov 10 2020 02:17:03 | | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15124873 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Nov 10 2020 02:18:16 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15109198 | + Email/Text: JCAP_BNC_Notices@jcap.com<br>Nov 10 2020 00:59:00 | | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15093143 | Email/Text: appebnmailbox@sprint.com<br>Nov 10 2020 00:58:00 | | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS, 66207 - 0949 |
| 15086286 | Email/Text: PFS.Analyst@stclair.org<br>Nov 10 2020 00:59:00 | | Saint Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15123987 | + Email/PDF: gecsedi@recoverycorp.com<br>Nov 10 2020 02:15:53 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15086724 | + Email/PDF: gecsedi@recoverycorp.com<br>Nov 10 2020 02:15:53 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 19-22782-CMB    Doc 52    Filed 11/11/20    Entered 11/12/20 00:32:05    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: dsaw | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 09, 2020 | Form ID: 410 | Total Noticed: 56 |

| 15086289 | + Email/PDF: gecsedi@recoverycorp.com | Nov 10 2020 02:15:53 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15086290 | + Email/PDF: gecsedi@recoverycorp.com | Nov 10 2020 02:18:12 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | New Residential Mortgage LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15100827 | *+ | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 15086266 | ## | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2020         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor David R. Dunlap keenan662@gmail.com melindap662@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Crafton jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Carlynton School District jhunt@grblaw.com cnoroski@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@rascrane.com |

TOTAL: 8