## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 19-22782-CMB** |
| **David R. Dunlap** | ) | **Chapter  13** |
|     **Debtors** | ) | **Doc No. ___** |
| **David R. Dunlap** | ) | |
|     **Movants** | ) | |
| vs | ) | |
|  Borough of craft, Carlyton School District, | ) | **Response Date: 1/15/2021** |
| **Duquesne Light, PRA Receivables Manag.,** | ) | **Hearing Date:  1/27/2021** |
| **Allegheny Health Network, Barclays Bank,** | ) | **at 11:30 a.m.** |
| **Capital One Bank, Cavalry SPV I LLC,** | ) | |
| **Client Ser vices, Inc., Ditech Financial, LLC,** | ) | |
| **Diversified Consultantgs Inc., Ford Motor Credit,** | ) | |
| **First Premier Bank, First Source Advantage,** | ) | |
| **Fortiva, GC Services Limited Partnership re:** | ) | |
| **Sprint, Halsted Financial Services, LLC,** | ) | |
| **Key Bank, LTD Services LP re: Distressed** | ) | |
| **Asset Portfolio III LLC, LVNV Funding LLC** | ) | |
| **Re: Resurgent Capital Services, Merrick Bank,** | ) | |
| **MRS re: Synchrony Bank/Care Credit,** | ) | |
| **Management Services, Inc., Medical Rescue Team** | ) | |
| **South Authority,  OneMain Financial,** | ) | |
| **Parkway Clinical Laboratories, Portfolio** | ) | |
| **Recovery Associates LLC, Premier Bankcard** | ) | |
| **LLC, Rennerdale EMS, Saint Clair Hospital,** | ) | |
| **Saint Clair Medical services, Sprint,** | ) | |
| **Synchrony Bank,, Walmart, The Bank of** | ) | |
| **Missouri, Transworld Systems, Medical Rescue** | ) | |
| **Team South Allegheny, Unifund CCR LLC, Van** | ) | |
| **RU Credit Corp., Wells Fargo Dealer Services,** | ) | |
|     **Respondents** | ) | |

## CERTIFICATION OF NO OBJECTION RE
## DEBTOR'S MOTION FOR HARDSHIP DISCHARGE

The undersigned hereby certifies, as of the date hereof, no motion, answer or other responsive pleading to the Motion filed on **December 28, 2020** has been received. The undersigned further certifies that the Court's docket in the case has been reviewed and no motion, answer or other responsive pleading appears thereon. Pursuant to the Hearing Notice, a motion or answer to the Motion were to be filed and served no later than **January 17, 2021.**

It is hereby respectfully requested that the Order to the Motion be entered by the Court.

**Executed on: <u>January 21, 2021</u>**      **/s/Bryan P. Keenan**
Bryan P. Keenan, PA ID No. 89053
Bryan P. Keenan & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com