| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **David R. Dunlap** | Social Security number or ITIN | xxx–xx–0864 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number: | 19–22782–CMB | | |

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(b) is granted to:

   David R. Dunlap

   <u>1/21/21</u>                                              **By the court:**   <u>Carlota M. Bohm</u>
                                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge Before Completion of a Chapter 13 Plan**

The court has determined that the debtors are entitled to a discharge pursuant to 11 U.S.C. § 1328(b) without completing all of the requirements under the chapter 13 plan. A discharge pursuant to § 1328(b) is referred to as a "hardship discharge."

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

                    **For more information, see page 2 >**

---

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 hardship discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
David R. Dunlap  
    Debtor

Case No. 19-22782-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam      Page 1 of 4  
Date Rcvd: Jan 21, 2021      Form ID: 3180WH      Total Noticed: 58

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David R. Dunlap, 10 N. Grandview Avenue, Pittsburgh, PA 15205-4428 |
| cr | + | Borough of Crafton, Goehring, Rutter and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Carlynton School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Dultuh, GA 30097-8461 |
| 15086260 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15121057 | + | Borough of Crafton, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15121054 | + | Carlynton School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15086264 | | Charles H. Sakai, DMD, 1913 Crafton Blvd, Pittsburgh, PA 15205-4404 |
| 15125181 | # | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 15086267 | + | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 679543, Dallas, TX 75267-9543 |
| 15086270 | + | FordCredit, National Bankruptcy Center, Po Box 6275, Dearborn, MI 48121-6275 |
| 15086271 | + | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15086273 | + | Halsted Financial Services, LLC, Re: LVNV Funding LLC, PO Box 828, Skokie, IL 60076-0828 |
| 15086276 | + | LTD Financial Services LP, Re: Distressed Asset Portfolio III, LLC, 3200 Wilcrest Suite 600, Houston, TX 77042-6000 |
| 15086281 | + | MRS, Re: Synchrony Bank/Care Credit, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 15086278 | + | Management Services. Inc., Re: Barclays Bank Delaware, PO Box 1099, Langhorne, PA 19047-6099 |
| 15086279 | + | Medical Rescue Team South Authority, P.O. Box 18210, Pittsburgh, PA 15236-0210 |
| 15184839 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15086283 | + | Parkway Clinical Laboratories, 3494 Progress Drive, STE D, Bensalem, PA 19020-5815 |
| 15086284 | + | Rennerdale EMS, 30 Suburban Ave, Carnegie, PA 15106-1489 |
| 15086285 | + | Roseanne Dunlap, 10 N. Grandview Avenue, Pittsburgh, PA 15205-4428 |
| 15086287 | | Saint Clair Medical Services, PO Box 1870, Cary, NC 27512-1870 |
| 15086288 | + | Sprint, PO Box 1466, Houston, TX 77251-1466 |
| 15105857 | + | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15086291 | + | Transworld Systems, Re: Medical Rescue Team South Authority, 300 Cedar Ridge Dr., Suite 307, Pittsburgh, PA 15205-1159 |
| 15086292 | | Unifund CCR LLC, 10625 Techwood Circle, Cincinnati, OH 45242-2846 |
| 15086293 | | Van RU Credit Corporation, Re: Fortiva Financial, Dept 96037, Oaks, PA 19456 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Jan 22 2021 05:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 22 2021 03:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA |

Case 19-22782-CMB    Doc 58    Filed 01/23/21    Entered 01/24/21 00:39:54    Desc Imaged
                               Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: dkam | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 21, 2021 | Form ID: 3180WH | Total Noticed: 58 |

| | | | |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Jan 22 2021 05:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 22 2021 03:46:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr       + | EDI: PRA.COM | Jan 22 2021 05:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15086261 + | EDI: TSYS2.COM | Jan 22 2021 05:53:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15086262 + | EDI: CAPITALONE.COM | Jan 22 2021 05:53:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15091388   | EDI: CAPITALONE.COM | Jan 22 2021 05:53:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15109143 + | Email/Text: bankruptcy@cavps.com | Jan 22 2021 03:47:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15086263 + | Email/Text: bankruptcy@cavps.com | Jan 22 2021 03:47:00 | Cavalry SPV I, LLC Assignee of Citibank, c/o Andrew Zaro President/CEO, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15086265   | Email/Text: mediamanagers@clientservices.com | Jan 22 2021 03:46:00 | Client Services, Inc, Re: Synchrony Bank Walmart MC, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-4047 |
| 15122833 + | Email/Text: kburkley@bernsteinlaw.com | Jan 22 2021 03:47:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15089081   | EDI: FORD.COM | Jan 22 2021 05:53:00 | FORD MOTOR CREDIT COMPANY LLC, PO BOX 62180, COLORADO SPRINGS, CO 80962-2180 |
| 15086268 + | EDI: AMINFOFP.COM | Jan 22 2021 05:53:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15086269 + | EDI: FSAE.COM | Jan 22 2021 05:53:00 | FirstSource Advantage, LLC, Re: Capitial One, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 15086272   | Email/Text: GCSBankruptcy@gcserv.com | Jan 22 2021 03:46:00 | GC Services Limited Partnership, Re: Sprint, 6330 Gulfton, Houston, TX 77081 |
| 15086274 + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 22 2021 03:47:00 | KeyBank, Attn: Bankruptcy, Oh-01-51-0622) 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 15086275 + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 22 2021 03:47:00 | Keybank, Na, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 15089718   | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2021 03:51:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15086277 + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2021 03:55:27 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Re: Credit One Bank N.A., Po Box 10497, Greenville, SC 29603-0497 |
| 15097331   | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 22 2021 03:51:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15086280 + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 22 2021 03:58:51 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15086282 + | EDI: AGFINANCE.COM | Jan 22 2021 05:53:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 15100041 + | EDI: AGFINANCE.COM | | |

| District/off: 0315-2 | User: dkam | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 21, 2021 | Form ID: 3180WH | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 22 2021 05:53:00 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15124873 | | EDI: PRA.COM | | |
| | | | Jan 22 2021 05:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15109198 | + | EDI: JEFFERSONCAP.COM | | |
| | | | Jan 22 2021 05:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15093143 | | EDI: NEXTEL.COM | | |
| | | | Jan 22 2021 05:53:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS, 66207 - 0949 |
| 15086286 | | Email/Text: PFS.Analyst@stclair.org | | |
| | | | Jan 22 2021 03:47:00 | Saint Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15123987 | + | EDI: RMSC.COM | | |
| | | | Jan 22 2021 05:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15086724 | + | EDI: RMSC.COM | | |
| | | | Jan 22 2021 05:53:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15086289 | + | EDI: RMSC.COM | | |
| | | | Jan 22 2021 05:53:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15086290 | + | EDI: RMSC.COM | | |
| | | | Jan 22 2021 05:53:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15086294 | + | EDI: WFFC.COM | | |
| | | | Jan 22 2021 05:53:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | New Residential Mortgage LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15100827 | *+ | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 15086266 | ## | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 23, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 4 of 4 |
| Date Rcvd: Jan 21, 2021 | Form ID: 3180WH | Total Noticed: 58 |

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor David R. Dunlap keenan662@gmail.com melindap662@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Crafton jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Carlynton School District jhunt@grblaw.com cnoroski@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@rascrane.com |

TOTAL: 8