# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: DAVID R. DUNLAP
- Case Number: 19-22782-CMB        Chapter: 13
- Date / Time / Room: THURSDAY, JANUARY 21, 2021 10:00 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

FILED
1/23/21 6:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#50 Trustee's Certificate of Default Requesting Dismissal of Case
R / M #:  50 / 0

**Appearances:**

Debtor: Keenan Wambrodt
Trustee: Winnecour / Pall / Katz / DeSimone

Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

- Debtor deceased
- Mtn for hardship discharge pending
- CNO filed 1/20
- hrg scheduled for 1/27/20
- This case will be resolved on 1/27 if not before

1/11/2021   2:51:10PM