**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**David R. Dunlap**
Debtor(s)

Bankruptcy Case No.: 19−22782−CMB

Chapter: 13
Docket No.: 63 − 62

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 27th of January, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/22/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/12/21 at 10:00 AM at https://www.zoomgov.com/j/** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/22/21.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                   Case No. 19-22782-CMB
David R. Dunlap                                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dsaw        Page 1 of 3
Date Rcvd: Jan 27, 2021        Form ID: 408v        Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David R. Dunlap, 10 N. Grandview Avenue, Pittsburgh, PA 15205-4428 |
| cr | + | Borough of Crafton, Goehring, Rutter and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Carlynton School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Dultuh, GA 30097-8461 |
| 15086260 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15086261 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15121057 | + | Borough of Crafton, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15121054 | + | Carlynton School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15086264 | | Charles H. Sakai, DMD, 1913 Crafton Blvd, Pittsburgh, PA 15205-4404 |
| 15125181 | # | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 15086267 | + | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 679543, Dallas, TX 75267-9543 |
| 15089081 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, FORD MOTOR CREDIT COMPANY LLC, PO BOX 62180, COLORADO SPRINGS, CO 80962-2180 |
| 15086268 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15086269 | + | FirstSource Advantage, LLC, Re: Capital One, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 15086270 | + | FordCredit, National Bankruptcy Center, Po Box 6275, Dearborn, MI 48121-6275 |
| 15086271 | + | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15086273 | + | Halsted Financial Services, LLC, Re: LVNV Funding LLC, PO Box 828, Skokie, IL 60076-0828 |
| 15086276 | + | LTD Financial Services LP, Re: Distressed Asset Portfolio III, LLC, 3200 Wilcrest Suite 600, Houston, TX 77042-6000 |
| 15086281 | + | MRS, Re: Synchrony Bank/Care Credit, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 15086278 | + | Management Services. Inc., Re: Barclays Bank Delaware, PO Box 1099, Langhorne, PA 19047-6099 |
| 15086279 | + | Medical Rescue Team South Authority, P.O. Box 18210, Pittsburgh, PA 15236-0210 |
| 15184839 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15086283 | + | Parkway Clinical Laboratories, 3494 Progress Drive, STE D, Bensalem, PA 19020-5815 |
| 15086284 | + | Rennerdale EMS, 30 Suburban Ave, Carnegie, PA 15106-1489 |
| 15086285 | + | Roseanne Dunlap, 10 N. Grandview Avenue, Pittsburgh, PA 15205-4428 |
| 15086287 | | Saint Clair Medical Services, PO Box 1870, Cary, NC 27512-1870 |
| 15086288 | + | Sprint, PO Box 1466, Houston, TX 77251-1466 |
| 15105857 | + | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15086291 | + | Transworld Systems, Re: Medical Rescue Team South Authority, 300 Cedar Ridge Dr., Suite 307, Pittsburgh, PA 15205-1159 |
| 15086292 | | Unifund CCR LLC, 10625 Techwood Circle, Cincinnati, OH 45242-2846 |
| 15086293 | | Van RU Credit Corporation, Re: Fortiva Financial, Dept 96037, Oaks, PA 19456 |
| 15086294 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jan 28 2021 03:45:43 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15086262 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com<br>Jan 28 2021 03:42:41 | | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15091388 | Email/PDF: AIS.cocard.ebn@americaninfosource.com<br>Jan 28 2021 03:48:32 | | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15109143 | + Email/Text: bankruptcy@cavps.com<br>Jan 28 2021 03:25:00 | | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15086263 | + Email/Text: bankruptcy@cavps.com<br>Jan 28 2021 03:25:00 | | Cavalry SPV I, LLC Assignee of Citibank, c/o Andrew Zaro President/CEO, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15086265 | Email/Text: mediamanagers@clientservices.com<br>Jan 28 2021 03:23:00 | | Client Services, Inc, Re: Synchrony Bank Walmart MC, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-4047 |
| 15122833 | + Email/Text: kburkley@bernsteinlaw.com<br>Jan 28 2021 03:25:00 | | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15086272 | Email/Text: GCSBankruptcy@gcserv.com<br>Jan 28 2021 03:23:00 | | GC Services Limited Partnership, Re: Sprint, 6330 Gulfton, Houston, TX 77081 |
| 15086274 | + Email/Text: key_bankruptcy_ebnc@keybank.com<br>Jan 28 2021 03:25:00 | | KeyBank, Attn: Bankruptcy, Oh-01-51-0622) 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 15086275 | + Email/Text: key_bankruptcy_ebnc@keybank.com<br>Jan 28 2021 03:25:00 | | Keybank, Na, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 15089718 | Email/PDF: resurgentbknotifications@resurgent.com<br>Jan 28 2021 03:45:47 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15086277 | + Email/PDF: resurgentbknotifications@resurgent.com<br>Jan 28 2021 03:42:50 | | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Re: Credit One Bank N.A., Po Box 10497, Greenville, SC 29603-0497 |
| 15097331 | Email/PDF: MerrickBKNotifications@Resurgent.com<br>Jan 28 2021 03:45:37 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15086280 | + Email/PDF: MerrickBKNotifications@Resurgent.com<br>Jan 28 2021 03:48:30 | | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15086282 | + Email/PDF: cbp@onemainfinancial.com<br>Jan 28 2021 03:42:36 | | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 15100041 | + Email/PDF: cbp@onemainfinancial.com<br>Jan 28 2021 03:42:37 | | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15124873 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jan 28 2021 03:45:42 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15109198 | + Email/Text: JCAP_BNC_Notices@jcap.com<br>Jan 28 2021 03:25:00 | | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15093143 | Email/Text: appebnmailbox@sprint.com<br>Jan 28 2021 03:25:00 | | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS, 66207 - 0949 |
| 15086286 | Email/Text: PFS.Analyst@stclair.org<br>Jan 28 2021 03:25:00 | | Saint Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15123987 | + Email/PDF: gecsedi@recoverycorp.com<br>Jan 28 2021 03:42:38 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15086724 | + Email/PDF: gecsedi@recoverycorp.com<br>Jan 28 2021 03:42:39 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 19-22782-CMB   Doc 64   Filed 01/29/21   Entered 01/30/21 00:40:36   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0315-2 | User: dsaw | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2021 | Form ID: 408v | Total Noticed: 56 |

| 15086289 | + Email/PDF: gecsedi@recoverycorp.com | | |
|---|---|---|---|
| | | Jan 28 2021 03:42:38 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15086290 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 28 2021 03:42:39 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | New Residential Mortgage LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15100827 | *+ | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 15086266 | ## | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2021   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor David R. Dunlap keenan662@gmail.com melindap662@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Crafton jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Carlynton School District jhunt@grblaw.com cnoroski@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@rascrane.com |

TOTAL: 8