## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    DAVID R. DUNLAP

          Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:19-22782
Chapter 13

Document #_____ 62

### ORDER OF COURT

AND NOW, this ___23rd___ day of _____March_____, 20__21__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor under 1328(b) and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED**, **ADJUDGED** and **DECREED**, as follows:

(1)    Property of the estate revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate are hereby terminated.

(2)    Each and every creditor is bound by the provision of the plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or had rejected the plan.

(3)    To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employers.

(4)    After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
3/23/21 8:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_ **dmk**
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                      Case No. 19-22782-CMB

David R. Dunlap                                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: dkam                                                  Page 1 of 3

Date Rcvd: Mar 23, 2021                Form ID: pdf900                                        Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David R. Dunlap, 10 N. Grandview Avenue, Pittsburgh, PA 15205-4428 |
| cr | + | Borough of Crafton, Goehring, Rutter and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Carlynton School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Dultuh, GA 30097-8461 |
| 15086260 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15086261 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15121057 | + | Borough of Crafton, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15121054 | + | Carlynton School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15086264 | | Charles H. Sakai, DMD, 1913 Crafton Blvd, Pittsburgh, PA 15205-4404 |
| 15086267 | + | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 679543, Dallas, TX 75267-9543 |
| 15089081 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, FORD MOTOR CREDIT COMPANY LLC, PO BOX 62180, COLORADO SPRINGS, CO 80962-2180 |
| 15086268 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15086269 | + | FirstSource Advantage, LLC, Re: Capitial One, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 15086270 | + | FordCredit, National Bankruptcy Center, Po Box 6275, Dearborn, MI 48121-6275 |
| 15086271 | + | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15086273 | ++ | HALSTED FINANCIAL SERVICES LLC, PO BOX 828, SKOKIE IL 60076-0828 address filed with court:, Halsted Financial Services, LLC, Re: LVNV Funding LLC, Po Box 828, Skokie, IL 60076 |
| 15086276 | + | LTD Financial Services LP, Re: Distressed Asset Portfolio III, LLC, 3200 Wilcrest Suite 600, Houston, TX 77042-6000 |
| 15086281 | + | MRS, Re: Synchrony Bank/Care Credit, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 15086278 | + | Management Services. Inc., Re: Barclays Bank Delaware, PO Box 1099, Langhorne, PA 19047-6099 |
| 15086279 | + | Medical Rescue Team South Authority, P.O. Box 18210, Pittsburgh, PA 15236-0210 |
| 15184839 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15086283 | + | Parkway Clinical Laboratories, 3494 Progress Drive, STE D, Bensalem, PA 19020-5815 |
| 15086284 | + | Rennerdale EMS, 30 Suburban Ave, Carnegie, PA 15106-1489 |
| 15086285 | + | Roseanne Dunlap, 10 N. Grandview Avenue, Pittsburgh, PA 15205-4428 |
| 15086287 | | Saint Clair Medical Services, PO Box 1870, Cary, NC 27512-1870 |
| 15086288 | + | Sprint, PO Box 1466, Houston, TX 77251-1466 |
| 15105857 | + | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15086291 | + | Transworld Systems, Re: Medical Rescue Team South Authority, 300 Cedar Ridge Dr., Suite 307, Pittsburgh, PA 15205-1159 |
| 15086292 | | Unifund CCR LLC, 10625 Techwood Circle, Cincinnati, OH 45242-2846 |
| 15086293 | | Van RU Credit Corporation, Re: Fortiva Financial, Dept 96037, Oaks, PA 19456 |
| 15086294 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

District/off: 0315-2 | User: dkam | Page 2 of 3
Date Rcvd: Mar 23, 2021 | Form ID: pdf900 | Total Noticed: 55

| | | | |
|---|---|---|---|
| | | Mar 24 2021 03:28:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15086262 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 24 2021 03:19:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15091388 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 24 2021 03:28:12 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15109143 | + Email/Text: bankruptcy@cavps.com | Mar 24 2021 04:19:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15086263 | + Email/Text: bankruptcy@cavps.com | Mar 24 2021 04:19:00 | Cavalry SPV I, LLC Assignee of Citibank, c/o Andrew Zaro President/CEO, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15086265 | Email/Text: mediamanagers@clientservices.com | Mar 24 2021 04:17:00 | Client Services, Inc, Re: Synchrony Bank Walmart MC, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-4047 |
| 15122833 | + Email/Text: kburkley@bernsteinlaw.com | Mar 24 2021 04:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15086272 | Email/Text: GCSBankruptcy@gcserv.com | Mar 24 2021 04:17:00 | GC Services Limited Partnership, Re: Sprint, 6330 Gulfton, Houston, TX 77081 |
| 15086273 | Email/Text: reports@halstedfinancial.com | Mar 24 2021 04:18:00 | Halsted Financial Services, LLC, Re: LVNV Funding LLC, PO Box 828, Skokie, IL 60076 |
| 15086274 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 24 2021 04:18:00 | KeyBank, Attn: Bankruptcy, Oh-01-51-0622) 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 15086275 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 24 2021 04:18:00 | Keybank, Na, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 15089718 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2021 03:19:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15086277 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2021 03:19:20 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Re: Credit One Bank N.A., Po Box 10497, Greenville, SC 29603-0497 |
| 15097331 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 24 2021 03:36:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15086280 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 24 2021 03:28:01 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15086282 | + Email/PDF: cbp@onemainfinancial.com | Mar 24 2021 03:36:44 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 15100041 | + Email/PDF: cbp@onemainfinancial.com | Mar 24 2021 03:36:46 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15124873 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 24 2021 03:28:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15109198 | + Email/Text: JCAP_BNC_Notices@jcap.com | Mar 24 2021 04:18:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15093143 | Email/PDF: ais.sprint.ebn@americaninfosource.com | Mar 24 2021 03:36:51 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS, 66207 - 0949 |
| 15086286 | Email/Text: PFS.Analyst@stclair.org | Mar 24 2021 04:19:00 | Saint Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15123987 | + Email/PDF: gecsedi@recoverycorp.com | Mar 24 2021 03:28:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15086724 | + Email/PDF: gecsedi@recoverycorp.com | Mar 24 2021 03:19:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0315-2 | User: dkam | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 23, 2021 | Form ID: pdf900 | Total Noticed: 55 |

| 15086289 | + Email/PDF: gecsedi@recoverycorp.com | | |
|---|---|---|---|
| | | Mar 24 2021 03:36:49 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15086290 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Mar 24 2021 03:28:05 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | New Residential Mortgage LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15100827 | *+ | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 15086266 | ## | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |
| 15125181 | ## | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |

TOTAL: 2 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor David R. Dunlap keenan662@gmail.com  melindap662@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Crafton jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Carlynton School District jhunt@grblaw.com  cnoroski@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@rascrane.com |

TOTAL: 8